# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

CHARLOTTE VINCIGUERRA, EXECUTRIX OF THE ESTATE OF FRANK VINCIGUERRA, DECEASED AND CHARLOTTE VINCIGUERRA, WIDOW IN HER OWN RIGHT

v.

BAYER CROPSCIENCE INC., AS SUCCESSOR TO AMCHEM PRODUCTS, INC., F/K/A BENJAMIN FOSTER COMPANY, BELL & GOSSETT, BRAND INSULATIONS, INC., CERTAIN-TEED CORP., CLEAVER-BROOKS, A DIVISION OF AQUA-CHEM, INC., CRANE CO., DAVID MOSER, DFT, INC., DURABLA CANADA, LTD., E.I. DUPONT DENEMOURS & COMPANY, FOSTER WHEELER CORPORATION, GEORGIA-PACIFIC CORP., GOODYEAR CANADA, INC., THE GOODYEAR TIRE 7 RUBBER CO., GOULDS PUMPS, INC., GREENE, TWEED & COMPANY, INC., GRINNELL CORPORATION, HAJOCA CORPORATION, HERMAN GOLDNER CO., INC., HONEYWELL INC., INGERSOLL RAND COMPANY, JOHN CRANE, INC., KEELER/DORR-OLIVER BOILER CO., MARLEY COOLING TOWER, METROPOLITAN LIFE INSURANCE CO., OWENS-ILLINOIS INC., PECORA CORP., RILEY STOKER CORP., SEPCO CORPORATION, INC., SID HARVEY INDUSTRIES, INC., F/K/A SID HARVEY MID ATLANTIC INC., UNION CARBIDE CORP., WARREN PUMPS, LLC, WEIL MCLAIN, A DIVISION OF THE MARLEY CO., A WHOLLY OWNED SUBSIDIARY OF UNITED DOMINION INDUSTRIES, INC., YARWAY

No. 447 EAL 2015

Petition for Allowance of Appeal from the Order of the Superior Court

CORPORATION, AVOCET
ENTERPRSES, INC., F/K/A
VENTFABRICS, INC., DAP PRODUCTS,
INC., DURO DYNE CORP., AND
TREMCO INC.

PETITION OF: CRANE CO.

:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of February, 2016, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, as stated by Petitioner, is:

> Whether, under the Court's recent decision in *Tincher v. Omega Flex, Inc.*, 104 A.3d 328 (Pa. 2014), a defendant in a strict-liability claim based on a failure-to-warn theory has the right to have a jury determine whether its product was "unreasonably dangerous[?]"

    Mr. Justice Eakin did not participate in the consideration or decision of this matter.